■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH GRANT, Appellant. [878 NYS2d 926]—Judgment, Supreme Court, New York County (Daniel Conviser, J.), rendered on or about March 5, 2008, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Friedman, Moskowitz, Freedman and Richter, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIAN BROOKS, Appellant. [876 NYS2d 867]—Order, Supreme Court, New York County (William A. Wetzel, J.), entered on or about January 29, 2007, which adjudicated defendant a level three sex offender and a sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The People met their burden of establishing, by clear and convincing evidence, risk factors bearing a sufficient total point score to support a level three sex offender adjudication. The grand jury minutes and other reliable documents established the basis for each of the factors at issue (*see e.g. People v Bailey*, 52 AD3d 336 [2008], *lv denied* 11 NY3d 707 [2008]). We have considered and rejected defendant's remaining claims. Concur—Saxe, J.P., Friedman, Moskowitz, Freedman and Richter, JJ.